

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00062-CR

| | | |
|---|---|---|
| MICHAEL HONGPATHOUM, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1321487D) |
| V. | § | June 6, 2019 |
| | § | Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr